# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse, NY

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles,
Federal Public Defender

**Respond to Albany Office**

Albany, NY

54 State Street
Suite 310
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

Anne LaFex,
First Assistant

May 23, 2025

Hon. Anthony J. Brindisi
Alexander Pirnie Federal
Building & U.S. Courthouse
10 Broad Street
Utica, NY 13501

  **Re:**  **United States v. Jael Watts**
      **Docket No. 1:25-cr-344 (AJB)**

Dear Judge Brindisi:

The above matter is scheduled before Your Honor as an appeal of Magistrate Judge Stewart's Detention Order. Your Honor set a briefing schedule, setting the Defense brief due by September 5, 2025, and the Government's response by September 12, 2205. Later today, Defense has a representation hearing in front of Judge Stewart where Ms. Watts is requesting to proceed *pro se*. Respectfully, Defense requests that the briefing schedule be adjourned by one week so that Ms. Watts or new counsel will have the proper time to respond. I have informed AUSA Barnett and he does not have an objection to the brief adjournment.


Very truly yours,

*/s/Emma Reynolds*

Emma Reynolds
Assistant Federal Public Defender

cc:  Michael Barnett, AUSA
    USPO Aimee Messier

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I electronically filed the foregoing letter request with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    AUSA Jeffrey C. Stitt

I emailed a copy of the same to USPO Aimee Messier.

    */s/Emma Reynolds*
    Emma Reynolds, Esq.
    Assistant Federal Public Defender
    Bar Roll No. 704243
    Attorney for Defendant
    54 State Street, Suite 310
    Albany, New York 12207
    Telephone: (518) 436-1850
    Fax: (518) 436-1780
    E-mail: emma_reynolds@fd.org